UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| THERESA BROOKE,<br><br>Plaintiff,<br><br>v.<br><br>TRICOM MANAGEMENT, INC.<br><br>Defendant. | Case No. **SACV 16-0618 AG (DFMx)**<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated May 18, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT